## GENERAL COURT, MAY TERM, 1802.

### Peddicoart's Lessee *vs.* Rigges.

Ejectment for a tract of land called *The Invasion,* lying in Anne Arundel county. The defendant took defence for all the land included in the deed to him from *William Peddicoart,* and *Sophia* his wife, as located on the plots returned in the cause.

*Where a deed defectively acknowledged by a feme covert grantor was held not to pass a title in the land to the grantee.*

The plaintiff at the trial, offered in evidence a patent for the land called *The Invasion,* granted to *Adam*

*Barnes* on the 24th of September 1747, for 1187 acres, which is truly located on the said plots. He also proved that *Adam Barnes,* the grantee of the said land, executed a deed to *Sophia Peddicoart,* on the 22d of October 1764, for 131 acres, part of the said land, whereby he conveyed to the said *Sophia Peddicoart,* and *the heirs of her body lawfully begotten, for ever,* the said land, which said land is truly located on the plots. He also proved that the lessor of the plaintiff is the issue in tail and heir of the body of the said *Sophia Peddicoart.*

The defendant then offered evidence that the said *Sophia* was married to *William Peddicoart,* and that they executed a deed to the defendant on the 9th of June 1778*(a),* for a moiety of the tract of land called *The Invasion,* which said deed was acknowledged as follows, viz: "Baltimore county, 9th day of June 1778, then came before us, two justices of the peace for the county aforesaid in the state of *Maryland,* the within named *William* and *Sophia Peddicoart,* and severally acknowledged the within indenture to be their act and deed, and the land and premises therein mentioned to be the right and estate of the within named *James Rigges,* his heirs and assigns, for ever. Taken and acknowledged, according to the act of assembly in that case made and provided, before us, the day and year above written.

> *John Cradock,*
> *Richard Cromwell.*"

The said deed was duly recorded on the 19th of June 1778, in the records of Anne-Arundel county, having a certificate annexed by the clerk of Baltimore county court, that Mess. *Cradock* and *Cromwell* were justices of the peace, &c. duly commissioned and sworn.

It was proved that the said *William Peddicoart,* and *Sophia* his wife, were both dead before the bringing the present ejectment.

Whereupon the plaintiff prayed the opinion of the court, and their direction to the jury, that the said

(a) The first act of assembly which directed that a common deed of bargain and sale should operate in the same manner as a *common recovery* to bar an *estate tail,* passed in June 1773, ch. 1.

deed from the said *William Peddicoart*, and *Sophia* his wife, did not bar the plaintiff from his recovery in this action.

*Martin*, (Attorney General,) for the Plaintiff.
*Ridgely* and *Shaaff*, for the Defendant.

CHASE, Ch. J. *(a)*. The court are of opinion, that the deed from *William Peddicoart*, and *Sophia* his wife, to the defendant, does not bar the plaintiff in this case; and they direct the jury accordingly. The defendant excepted.

*Verdict* and judgment for the plaintiff. The defendant brought a writ of error, but *nonprossed* it at November term 1804.

*(a) Duvall*, J. concurred.